IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHIRLEY FENNELL, Executor,      )
                                )
      Plaintiff,                )
                                )
v.                              )        CASE NO. CV420-063
                                )
C R BARD INCORPORATED and BARD  )
PERIPHERAL VASCULAR             )
INCORPORATED,                   )
                                )
      Defendants.               )
_____)

## O R D E R

Before the Court is the parties' Stipulation to Dismiss Without Prejudice. (Doc. 28.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *19th* day of July 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA